UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
KIT-YIN SNYDER, et ano.,

                    Plaintiffs

      -against-                              22-cv-3873 (LAK)

ERIC ADAMS, etc., et al.,

                    Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Insofar as this action is brought against defendants New York City Department of Design and Construction, New York City Department of Cultural Affairs, New York City Public Design Commission, formally known as the Art Commission of the City of New York, and New York City Department of Correction, it is dismissed, as none of these is a suable entity distinct from the City of New York. *See, e.g., Jenkins v. City of New York,* 478 F.3d 76, 93 n.19 (2d Cir. 2007); *Longe v. City of New York,* 802 Fed. App'x 635, 638-39 (2d Cir. 2020); N.Y.C. Charter § 396.

      SO ORDERED.

Dated:      May 18, 2022

                                                      Lewis A. Kaplan
                                         United States District Judge