UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KIT-YIN SNYDER, et ano.,

                Plaintiffs

      -against-                              22-cv-3873 (LAK)

ERIC ADAMS, etc., et al.,

                Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/22
```

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The Court having heard argument and having made findings of fact and stated conclusions of law on the record in open court, plaintiffs' motion for a preliminary injunction (Dkt 14) is denied in all respects.

        SO ORDERED.

Dated:      May 18, 2022

                                                               Lewis A. Kaplan
                                                           United States District Judge