UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Kit-Yin Snyder and Richard Haas    Plaintiff,

-against-

Eric Adams, The City of New York, New York City Department of Design and Construction, New York City Department of Cultural Affairs, New York City Department of Correction, and New York City Public Design Commission           Defendant.

1:22   Civ.   03873   ( LAK )

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Chloe Chung_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Kit-Yin Snyder and Richard Haas in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____California_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Chloe Chung

Firm Name: Sheppard, Mullin, Richter & Hampton LLP

Address: 1901 Avenue of the Stars, Suite 1600

City/State/Zip: Los Angeles, CA 90067

Telephone/Fax: 310.228.3700 / 310.228.3701

Email: cchung@sheppardmullin.com

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
5/24/22