UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

KIT-YIN SNYDER and RICHARD HAAS,

        Plaintiffs,

v.

ERIC ADAMS, Mayor of the City of New York, in his official capacity, THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF DESIGN AND CONSTRUCTION, NEW YORK CITY DEPARTMENT OF CULTURAL AFFAIRS, NEW YORK CITY DEPARTMENT OF CORRECTION, NEW YORK CITY PUBLIC DESIGN COMMISSION,

        Defendants.

---------------------------------------------------------------- x

Case No.: 1:22-CV-03873-LAK

## CERTIFICATE OF SERVICE

I, Bradley M. Rank, hereby certify that, on May 13, 2022, I served true and correct copies of the summons, complaint, with exhibits; civil cover sheet; order to show cause with temporary restraining order; memorandum of law in support; declaration of Richard Haas in support, with exhibits; declaration of Kit-Yin Snyder in support, with exhibits; declaration of Jan Lee in support; declaration of Kerri Culhane in support, with exhibit; declaration of Robert Friedman in support, with exhibits filed in the above-referenced case, upon the following:

    Office of the Corporation Counsel for the City of New York
    100 Church Street
    New York, New York 10007
    ServiceECF@law.nyc.gov

    *Attorneys for Defendants*

by e-mailing true copies of the aforesaid documents to the service e-mail address of record for the parties and/or counsel set forth above. The parties and/or their counsel have consented to service by e-mail at the address set forth above pursuant to the attached Memorandum.

Dated: May 26, 2022

Bradley M. Rank



**JAMES E. JOHNSON**
Corporation Counsel

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JONATHAN JAY PINN**
Chief, Operations Division
100 Church Street
NY, NY 10007
jpinn@law.nyc.gov

**MEMORANDUM**

TO: ALL

FROM: JONATHAN JAY PINN

DATE: NOVEMBER 4, 2020

SUBJECT: MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT REGARDING SERVICE OF PROCESS

---

Beginning on Tuesday, June 23, 2020, the service window will be open ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email address remains available where the Law Department continues to temporarily accept service. The email address established for service in this period is ServiceECF@law.nyc.gov. Please note that service will be temporarily accepted via this method only for the City of New York and entities for which the Law Department is authorized to accept service. **Service of process on individuals should continue to proceed in manner required by applicable law.**

Law Department website:
www.nyc.gov/law