UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
KIT-YIN SNYDER AND RICHARD HAAS,

                                                          Plaintiffs,       **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

                                             v.

ERIC ADAMS, Mayor of the City of New York, in his official capacity, and THE CITY OF NEW YORK,

                22-CV-03873 (LAK)

                                            Defendants.
------------------------------------------------------------------- X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii).

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and facsimile execution of this Stipulation by the undersigned shall constitute original signatures for filing with the court.

Dated:  New York, New York
          January 25, 2023

| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | OFFICE OF THE CORPORATION COUNSEL OF THE CITY OF NEW YORK |
|---|---|
| By: _/s/ Emily Anderson_ <br>     Robert S. Friedman <br>     Daniel Brown <br>     Emily D. Anderson <br>     Chloe Chung (*admitted pro hac vice*) <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> Telephone: (212) 653-8700 <br><br> *Attorneys for Plaintiffs* | By: _/s/ Gati Dalal_ <br>     Gati Dalal <br>     Genan Faye Zilkha <br> 100 Church Street <br> New York, NY 10007 <br> Telephone: (212)-356-2194 <br><br> *Attorneys for Defendants* |